UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  22-CV-81350-AMC

JENIFER ZDUNCYK,

                Plaintiff,

vs.

SPRINGBIG, INC.,

                Defendant.

_____/

## REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR COSTS [ECF No. 36]

Final judgment was entered in favor of Plaintiff after she accepted Defendant's Rule 68 Offer of Judgment. ECF No. 35. Plaintiff now moves for costs in the amount of $445.00. ECF No. 36-1. The requested costs are: $402 for fees of the clerk and $43.00 for fees for service of summons and subpoena. The certificate of conferral indicates that Defendant does not oppose these costs being taxed. ECF No. 36 at 3. Both categories of costs are taxable under 28 U.S.C. §1920. Plaintiff has included receipts showing that she paid a $402 filing fee to the Clerk of the Court when this case was filed. ECF No. 36-1 at 3; *see also* ECF No. 1. Plaintiff also included a receipt for $43 for service of the complaint and summons on September 8, 2022. ECF No. 36-1 at 4; *see also* ECF No. 7. This process server fee is less than the current U.S. Marshal fee of $65 per hour, 28 C.F.R. §0.114, so it is fully taxable. *EEOC v. W&O, Inc.* 213 F.3d 600, 624 (11th Cir. 2000).

## RECOMMENDATION

Accordingly, it is RECOMMENDED that the District Court GRANT the Plaintiff's Motion (ECF No. 36) and tax costs in the amount of $445.00.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 25th day of May 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE